

**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
DORIAN E. RAMIREZ

# Court of Appeals
## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

January 22, 2015

Hon. Sergio Munoz Jr.
The Munoz Law Firm
1110 S. Closner Blvd.
Edinburg, TX 78539
* DELIVERED VIA E-MAIL *

Hon. Abel Hinojosa
Attorney at Law
3007 W. Alberta
Edinburg, TX 78539
* DELIVERED VIA E-MAIL *

Re:      Cause No. 13-14-00058-CV
Tr.Ct.No. F-2470-09-B
Style:    Mercedes Garza Paredes v. Sergio Garza and Janahi Cruz

Enclosed please find the opinion and judgment issued by the Court on this date.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:dot
Enc.
cc:    93rd District Court, Hidalgo County (DELIVERED VIA E-MAIL)
       Hon. Laura Hinojosa, District Clerk (DELIVERED VIA E-MAIL)
       Hon. J. Rolando Olvera Jr., Presiding Judge, Fifth Administrative Judicial Region
       (DELIVERED VIA E-MAIL)